MARY REBECCA MURPHY, Individually and as Executrix of FREDERICK G. MURPHY, Deceased, Appellant, *v.* WILLIAM E. MURPHY, Individually and as Executor of THOMAS J. MURPHY, Deceased, Respondent.

*Murphy* v. *Murphy,* 44 App. Div. 546, affirmed.
(Submitted May 17, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1899, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Robert H. Roy* and *John Naumer* for appellant.

*William N. Dykman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON and WERNER, JJ. Not sitting: CULLEN, J.

---

JOHN H. GAAS, Respondent, *v.* MARY J. SOUTHER, Appellant, Impleaded with Others.

*Gaas* v. *Souther,* 46 App. Div. 256, affirmed.
(Submitted May 17, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the Queens County Court in an action to foreclose a mechanic's lien.

*Walter Large* for appellant.

*John F. Brush* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON and WERNER, JJ. Taking no part: MARTIN and CULLEN, JJ.